# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]

Quincy Benson,
[You are the PLAINTIFF, print your full name on this line.]

v.

Superior Truss and Panel,
[The DEFENDANT is who you are suing.]

Case Number  2:19CV 494
[For a new case in this court, leave blank.
The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 7550 Catalpa Ave. Hammond, IN 46324

2. My telephone number is: (708) 996-8563

3. The Defendant's address is: 7592 Melton Rd. Gary, IN 46403

4. This action is brought for employment discrimination pursuant to:

   ○ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
      [race, color, gender, religion, national origin]
   ○ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.
   ⊙ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.
   ⊙ Other: Violation of FMLA, Retaliation and discrimination

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: 10/2/19

6. The date on my Notice of Right to Sue letter is: 10/15/19

7. The date I received my Notice of Right to Sue letter was: 10/15/19

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. First I was given a $3.50 pay deduction. I was on a second shift working on panels because that was the only way I can receive lay-out pay for my work. Prior to second shift I built roof trusses, I wasn't able to recieve lay-out pay because there was lasers that could project the pieces needed to built but the lasers didnt work and I had to put down measurements and chalk lines to outline the truss which is lay-out work and I argued for years that it wasn't fair I couldn't get the pay. I was in a car accident on February 19, 2019 I had to go to therapy and wasn't to do heavy lifting. At that time I was in charge of windows and doors which didn't require heavy lifting so I had my doctor sign me off to return to work because I was denied light duty. Before my termination the Panel side got slow on work and a lot of workers got sent to the truss side and they justified the situation so they can keep their lay-out pay. Continued...→

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

CONTINUED

(INND Rev. 8/16) page 2

## CLAIMS and FACTS

**DO**: Write a short and plain statement using simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

**DO**: Explain when, where, why, and how the defendant discriminated against you.

**DO**: Include every fact necessary to explain your case and describe your injuries or damages.

**DO**: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

**DO**: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. We was told since the panel workers will be putting down chalk lines they are doing the lay-out work and will be able to keep their pay. I was moved from that same side and had mines taken away. On my termination day I was building a heavy truss in a group of four, one of my co-workers was sent outside and I wasn't able to lift. I went to the office for additional help but was denied and was told "If I cant do the work then I dont have no job here." This was March 21, 2019 one month after my car accident. I filed for unemployment but the company fought me for it. They said I was terminated and I quit my job. They said they asked was the truss too heavy or do I need extra help and I replied no but I mentioned I was short a worker. As a result I was denied unemployment.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 8/16) page 3

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

Pay for all lost wages. Pay for unemployment wages. Pay all attorney fee. Pay pain and suffering. Pay a settlement of $400,000 due to pay discrimination. Restart my unemployment benefits. Pay all legal fees

**DOCUMENTS** – I have attached a copy of the following documents:

○ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

☑ Notice of Right to Sue letter

○ Other: _____

**FILING FEE** – Are you paying the filing fee?

○ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

QB   I will keep a copy of this complaint for my records.
QB   I will promptly notify the court of any change of address.
QB   I declare **under penalty of perjury** that the statements in this complaint are true.

Quincy Benson                                   12/23/19
Signature                                        Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

# DISMISSAL AND NOTICE OF RIGHTS

To: **Quincy E. Benson**
7550 Catalpa Ave
Hammond, IN 46324

From: **Indianapolis District Office**
101 West Ohio Street
Suite 1900
Indianapolis, IN 46204

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2019-03029 | Michelle D. Ware, Enforcement Supervisor | (463) 999-1184 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*
**Michelle Eisele,
District Director**

OCT 1 5 2019
*(Date Mailed)*

Enclosures(s)

cc: **Beverly Jones
Human Resources
SUPERIOR TRUSS AND PANEL
7592 Melton Rd
Gary, IN 46403**

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice *and* within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do *not* relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*